UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VON MAJOR,<br><br>            Plaintiff,<br><br>     v.<br><br>THOMAS SIRE,<br><br>            Defendant. | Case No.  1:23-cv-01683-KES-BAM<br><br>ORDER SETTING DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT FOR DAMAGES (Doc. 36)<br><br>ORDER VACATING AUGUST 8, 2025 HEARING<br><br>**Deadline:  August 1, 2025** |

Plaintiff Eric Von Major filed a motion for leave to file a first amended complaint on June 29, 2025, which is currently set for hearing on August 8, 2025.  (Docs. 36, 37.)  The motion was not accompanied by a proof of service.  Accordingly, the Court directed Plaintiff to file proof of service of the motion on the pro se defendant, Thomas Sire.  (Doc. 38.)  Plaintiff filed a proof of service on July 17, 2025, indicating that Defendant Sire was served with a copy of the motion by mail on July 17, 2025, and by email on July 8, 2025.  (Doc. 39.)

Based on the delayed service, IT IS HEREBY ORDERED as follows:

1. Defendant Sire shall file an opposition or statement of non-opposition to Plaintiff's motion for leave to file a first amended complaint no later than **August 1, 2025**. Defendant is advised that the failure to file a timely opposition may be construed by the Court as a non-opposition to the motion.  *See* Local Rule 230.

1

2. No later than ten (10) days after any opposition is filed, Plaintiff may serve and file a reply to the opposition.
3. The hearing on the motion currently set for August 8, 2025, is VACATED. The Court will take the motion under submission on the papers after the briefing deadlines have expired. L.R. 230(g).

IT IS SO ORDERED.

Dated: **July 18, 2025**           /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

2