UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VON MAJOR,<br><br>          Plaintiff,<br><br>     v.<br><br>THOMAS SIRE,<br><br>          Defendant. | Case No.  1:23-cv-01683-KES-BAM<br><br>ORDER GRANTING STIPULATION AND JOINT REQUEST FOR AN ORDER EXTENDING THE INITIAL DISCLOSURE DEADLINE<br><br>(Doc. 48) |

Plaintiff Eric Von Major, through counsel, initiated this civil rights action on December 1, 2023, against Defendant Thomas Sire.  On January 8, 2025, the Court issued a Scheduling Conference Order.  (Doc. 35.)  On August 6, 2025, the Court granted Plaintiff leave to file a first amended complaint for damages to add claims and to add the County of Fresno as a defendant.  (Doc. 41.)  On August 12, 2025, Plaintiff filed a first amended complaint.  (Doc. 42.)  Defendant County of Fresno answered the complaint on September 26, 2025.  (Doc. 45.)  Currently before the Court is the stipulation of Plaintiff and Defendant County of Fresno to extend the deadline for Defendant County of Fresno to serve its initial disclosures under Federal Rule of Civil Procedure 26(a)(1).  (Doc. 48.)  The parties agree that a three-week extension of time from October 6, 2025, will allow Defendant County of Fresno sufficient time to investigate the claims, case file materials, and allegations surrounding the incident at issue, and form an ample discovery plan.  (*Id.*)

1

1  Having considered the parties' stipulation, and good cause appearing, the request to
2  extend the deadline for Defendant County of Fresno to serve its initial disclosures is GRANTED.
3  Fed. R. Civ. P. 16(b)(4).  Defendant County of Fresno shall serve its initial disclosures on or
4  before October 28, 2025.

IT IS SO ORDERED.

Dated:   **October 6, 2025**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE

2